FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 19 PM 2: 03

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARTY DUANE GRIFFIN,                    :

    Plaintiff,                          :

    v.                                  :         CIVIL ACTION NO.: CV507-011

SHERIFF, COFFEE COUNTY; JOHN            :
DOE, Sheriff Deputy No. One, and        :
JOHN DOE, Sheriff Deputy No. Two,       :

    Defendants.                         :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and

1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate

Judgment of Dismissal.

**SO ORDERED**, this _19th_ day of _July_____, 2007.


WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)